COMMONWEALTH of Pennsylvania,
Respondent

v.

Devon O. SHEALEY, Petitioner

No. 245 WAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason Eric KUHNS, Petitioner

No. 378 WAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason OCASIO–CAMPBELL, Petitioner

No. 606 MAL 2016

Supreme Court of Pennsylvania.

December 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of December, 2016, the Petition for Allowance of Appeal is denied.